369 A.2d 710
COMMONWEALTH of Pennsylvania,
Appellant,

v.

Frank L. ALLEN, III, Appellee.

COMMONWEALTH of Pennsylvania,
Appellant,

v.

Larry Allen CAMPBELL, Appellee.

COMMONWEALTH of Pennsylvania,
Appellant,

v.

John S. WHITEHEAD, Appellee.

COMMONWEALTH of Pennsylvania,
Appellant,

v.

John B. YOUNG, II, Appellee.

COMMONWEALTH of Pennsylvania,
Appellant,

v.

Ronald C. SUMMERS, Appellee.

Supreme Court of Pennsylvania.
Argued Oct. 14, 1976.
Decided Feb. 28, 1977.

Allen E. Ertel, Dist. Atty., Robert F. Banks, 1st Asst. Dist. Atty., for appellant.

John P. Campana, Williamsport, for Frank L. Allen, III.

Peter T. Campana, Williamsport, for Larry Allen Campbell.

Anthony D. Miele, Williamsport, for John S. Whitehead.

Richard H. Roesgen, Williamsport, for John B. Young, II.

Kenneth D. Brown, Williamsport, for Ronald C. Summers.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM:

The orders in each of the above captioned appeals are vacated and the cases are remanded to the Court of Common Pleas of Lycoming County for consideration in light of *Commonwealth v. Levesque*, 469 Pa. 118, 364 A.2d 932 (1976). See also, *Commonwealth v. Guerry*, 469 Pa. 20, 364 A.2d 700 (1976).